IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

D.S., I.M., and P.M,

    Plaintiffs,

v.                                                    CV 15-774 RB/KBM

THE GEO GROUP, INC.; CORIZON, INC.;
MARK ELLIOT WALDEN, MD; WARDEN
TIMOTHY B. HATCH; and SHERRY PHILLIPS,

    Defendants.

**ORDER TO FILE CLOSING DOCUMENTS**

The parties have reached a negotiated resolution of this matter as to Plaintiff D.S. IT IS THEREFORE ORDERED that:

1) Plaintiff D.S. must file closing documents no later than **May 2, 2016**; and

2) D.S. is excused from all future settings in this case before United States Magistrate Judge William P. Lynch.

IT IS SO ORDERED.

                                                                                      _____
                                                                                       William P. Lynch
                                                                                       United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any *pro se*
party as they are shown on the Court's docket.