IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

D.S., I.M., and P.M,

      Plaintiffs,

v.                                                                CV 15-774 RB/KBM

THE GEO GROUP, INC.; CORIZON, INC.;
MARK ELLIOT WALDEN, MD; WARDEN
TIMOTHY B. HATCH; and SHERRY PHILLIPS,

      Defendants.

## ORDER TO FILE CLOSING DOCUMENTS

The parties have reached a negotiated resolution of this matter as to Plaintiff P.M. IT IS THEREFORE ORDERED that:

1) Plaintiff P.M. must file closing documents no later than **May 2, 2016**; and

2) P.M. is excused from all future settings in this case before United States Magistrate Judge William P. Lynch.

IT IS SO ORDERED.

                                                                         _____
                                                                         William P. Lynch
                                                                         United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any *pro se*
party as they are shown on the Court's docket.